UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-985 PSG <br> CV 14-1007 PSG | | Date | February 21, 2014 |
|---|---|---|---|---|
| Title | *In re: R2D2, LLC* <br> *In re: Capitol Films, LLC* | | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(In Chambers) Order to Show Cause re: Consolidation**

IT IS HEREBY ORDERED that counsel show cause in writing on or before **March 14, 2014**, why the above-captioned matters should not be consolidated under *In re: R2D2* CV 14-985 (the low numbered case).  Counsel are advised that the failure to respond to this Order to Show Cause by **March 14, 2014** may result in the consolidation of the above-captioned matters.

**IT IS SO ORDERED.**